34

STATE OF NEW JERSEY v. THOMAS ZIKOS.

April 5, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. ROOSEVELT MOORE.

April 5, 1989.

Petition for certification granted, and the matter is summarily remanded to the trial court for resentencing in light of *State v. Baylass*, 114 *N.J.* 169 (1989), and *State v. Molina*, 114 *N.J.* 181 (1989).

CWA LOCAL 1044 AND LOCAL 102 v. THE HONORABLE CHIEF JUSTICE, ET AL.

April 5, 1989.

Certification to Law Division, Superior Court, is granted.

STATE OF NEW JERSEY v. STEPHEN E. MASTEN.

April 19, 1989.

Petition for certification granted, and the matter is summarily remanded to the sentencing court for consideration of the sentence in light of c. 53, L. 1989 (S–827).